UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

          Plaintiff,

    v.

CONOCO PHILIPS COMPANY, *et al.*,

          Defendants.

Case No. C26-256-JHC-MLP

ORDER

Having reviewed de novo the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. # 2), Plaintiff's objections (Dkt. # 3), and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Plaintiff's proposed complaint (Dkt. # 1) and this action are DISMISSED without prejudice.

(3)    Plaintiff's application to proceed *in forma pauperis* is DENIED as moot.

(4)    The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

//

ORDER - 1

Dated this 17th day of February, 2026.

John H. Chun
United States District Judge

ORDER - 2